IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**Consolidated For All Purposes**

ABBASID, INC., dba Azhar's
Oriental Rugs, and AZHAR SAID,

        Plaintiffs,

 vs.                                                                  No. CIV 09-347 JP/LFG

FIRST NATIONAL BANK
OF SANTA FE,

        Defendant.
====================================
ABBASID, INC., dba Azhar's
Oriental Rugs,

        Plaintiff,

 vs.                                                                    No. CIV 09-354 JP/LFG

LOS ALAMOS NATIONAL BANK,

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION
TO TAKE OUT-OF-TIME DEPOSITION**

THIS MATTER comes before the Court on Defendant First National Bank of Santa Fe's Emergency Motion for Permission to Take Deposition Out of Time [Doc. 103],[1] filed October 16, 2009. The Court held a telephonic hearing on the Motion on October 19, 2009. After hearing the presentations of the parties, the Court determines that the Motion will be granted, on the following conditions:

    1. The deposition of Bina Shahani is authorized to be taken out of time, if completed by November 30, 2009, with a preference for the week of November 2, 2009.

---

[1] All references to document numbers are to the documents as filed in the lead case, Cause No. 09-347 JP/LFG.

     2. The time for deposition is extended to two seven-hour periods. Defendants will have, jointly, seven hours within which to depose the witness, and Plaintiff will have seven additional hours for cross-examination.

     3. No other depositions will be allowed out-of-time, and no other case management deadlines are affected by this ruling.

     4. Bina Shahani is admonished that any failure to cooperate may result in court-ordered sanctions.

### Order

IT IS THEREFORE ORDERED that the Motion for Out of Time Deposition [Doc. 103] is granted, on the conditions described above.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge